2010 OK 86

**Leslie RICHMOND, Lance Richmond, and Lia Lea Richmond, Petitioners,**

v.

**The Honorable Don A. WORK, Associate District Judge, Woodward, County, Respondent,**

and

**Chesapeake Operating, Inc., Real Party in Interest.**

**No. 108,860.**

Supreme Court of Oklahoma.

Dec. 6, 2010.

### ORDER

¶ 1 The petitioners' application to assume original jurisdiction is granted. A writ is hereby issued, prohibiting the respondent judge Don A. Work from enforcing his order filed October 21, 2010, in *Chesapeake Operating, Inc., v. Leslie Richmond et al.,* Woodward County District Court Case No. CV-2008–23, which order modified the appraisers' report without compliance with 52 O.S. 318.5(F). Under this statute, an appraiser's report can only be modified following a hearing on an exception to the report that was filed within thirty (30) days of the date the appraisers' report was filed with the Court.

Neither party filed a timely exception in the case at hand.

¶2 EDMONDSON, C.J., TAYLOR, V.C.J., HARGRAVE, WATT, WINCHESTER, COLBERT, and REIF, JJ., concur.

¶3 KAUGER, J., not participating.